OPINION — AG — ** COUNTY FUNDS — CRIMINAL PROSECUTION — COURT FUND ** IT WOULD 'NOT' BE PERMISSIBLE THAT MONEYS OUT OF THE COURT FUND TO BE APPROPRIATED BY THE COUNTY COMMISSIONERS AND USED FOR THE SECURING OF EVIDENCE NEEDED IN THE CONDUCT OF CRIMINAL PROSECUTION. (PUBLIC FUNDS, EVIDENCE, EXPENDITURES, OPERATION OF DISTRICT ATTORNEY, EXAMINE BANK RECORDS, USED, FUNCTION, OBTAINING) CITE: 62 O.S. 323 [62-323] (SAM H. LATTIMORE)